814 May 20, 2026 No. 453

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KEVIN JAMES WALDRON,
*Defendant-Appellant.*

Coos County Circuit Court
23CR18872; A182955

Martin E. Stone, Judge.

Submitted April 23, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and Pagán, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

In this criminal case, defendant pleaded guilty to unlawful use of a weapon and second-degree criminal mischief, and the trial court imposed restitution, among other terms of his sentence, after a contested hearing. On appeal, defendant raises a single assignment of error, contending that the trial court plainly erred when it imposed restitution because he was entitled under both the state and federal constitutions to have a jury determine the amount of restitution. *See State v. Vanornum*, 354 Or 614, 629, 317 P3d 889 (2013) (outlining the requirements for plain-error review). Here, because the legal point is not obvious, we readily reject defendant's sole argument on appeal. Indeed, we recently rejected similar arguments in *State v. Myers*, 349 Or App 80, ___ P3d ___ (2026), and *State v. Rich*, 349 Or App 48, ___ P3d ___ (2026).

Affirmed.